UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRINITY INVESTMENTS LIMITED,                :
                                            :
                    Plaintiff,              :
                                            :   1:15-cv-09982 (TPG)
        v.                                  :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
-----------------------------------------------------------------X

## DECLARATION OF ELIZABETH C. BLOCK IN OPPOSITION TO PLAINTIFF'S "ME TOO" MOTION SEEKING PARTIAL SUMMARY JUDGMENT AND SPECIFIC PERFORMANCE

Pursuant to 28 U.S.C. § 1746, Elizabeth C. Block declares as follows:

1. I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in this matter. I submit this declaration on behalf of the Republic in opposition to plaintiff Trinity Investments Limited's motion for partial summary judgment and specific performance.

2. Attached to this declaration as Exhibits A-B are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | Memorandum of Law of the Republic of Argentina in Opposition to Motions by 526 Plaintiffs in 37 Actions Seeking Partial Summary Judgment, *NML Capital, Ltd. v. Republic of Argentina*, No. 14 Civ. 8601 (TPG) (S.D.N.Y. Mar. 17, 2015); |
| B | Memorandum of Law in Opposition to Motions in 45 Actions Seeking Specific Performance, *NML Capital, Ltd. v. Republic of Argentina*, No. 14 Civ. 8601 (TPG) (S.D.N.Y. Sept. 25, 2015). |

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2016 in New York, New York.

_____
ELIZABETH C. BLOCK