**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

```
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –  X
```

TRINITY INVESTMENTS LIMITED,        :

               Plaintiff,     :        15 Civ. 9982

               v.         :

THE REPUBLIC OF ARGENTINA        :

            Defendant.    :

```
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –  X
```

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

Having considered Trinity Investments Designated Activity Company's[1] Motion for Partial Summary Judgment against the Republic of Argentina and the entire record in this case, it is **HEREBY ORDERED** that:

1.      Plaintiff's Motion for Partial Summary Judgment is **GRANTED**.

2.      On Count I of the Complaint, the Clerk of the Court is directed to enter **JUDGMENT** for Plaintiff, Trinity Investments Designated Activity Company, against Defendant Republic of Argentina in the form annexed hereto.  The following table contains the necessary identifying information regarding Plaintiff's beneficial interests in these bonds:

---

[1] As discussed in *Plaintiffs' Omnibus Memorandum of Law in Support of Motions for Summary Judgment* [Dkt. No. 40], Plaintiff Trinity Investments Designated Activity Company (formerly known as Trinity Investments Limited) converted to a Designated Activity Company under the Companies Act 2014 on August 6, 2016.

**Table 1**

| Plaintiff Bond Holder or Beneficial Owner: | Trinity Investments Designated Activity Company |
|---|---|
| Face Value: | $2,400,000 |
| CUSIP No., ISIN No., BB No.: | US040114AR16 |
| Date Of Issuance: | January 30, 1997 |
| Date Of Maturity: | January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | November 2015 – December 2015 |
| Acceleration: | Notice sent December 18, 2015 |
| Contract Documents: (FAA; FRB; Indenture; Offering Prospectus; Certificates, etc.) | Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement") |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | Account Statement from State Street dated as of April 17, 2020 |

3.      Count II is dismissed with prejudice.

4.      Counts III, IV and V are dismissed without prejudice.


**IT IS SO ORDERED.**

Dated: This 7th day of _ July _, 2020

_Loretta A. Preska_

Hon. Loretta A. Preska
District Judge